# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 18 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ALLEN RAY, LARY ATKINS,
ATTACHED LIST OF VOTERS
)
)
)
)
)
)
)
)
)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MAYOR BRIAN JOHNSON
CITY MANAGER GEORGE CAMPBELL
COUNCILORS LIZ CARRINGTON, KELLY
TURNER CITY ATTORNEY WAYNE OLSON

)
)
)
)
)
)
)
)

Case No.

(to be filled in by the Clerk's Office)

**4-17CV1006-Y**

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

     Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Name | ALLEN RAY | LARY ADKINS |
| Street Address | 1025 WINDING CREEK | 619 ABERLETT |
| City and County | KENNEDALE  TARRANT | KENNEDALE - TARRANT |
| State and Zip Code | TX 76060 | TX 76060 |
| Telephone Number | 817-271-0236 | 817-521-1592 |
| E-mail Address | aray.1960ar@gmail.com | LARY.ADKINS32@GMAIL |

   B. **The Defendant(s)**

     Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: BRIAN JOHNSON
- Job or Title (if known): MAYOR
- Street Address: c/o CITY HALL 405 MUNICIPAL DR,
- City and County: KENNEDALE    TARRANT
- State and Zip Code: TX    76060
- Telephone Number: 817-985-2104
- E-mail Address (if known): BJOHNSON@CITYOFKENNEDALE.COM

Defendant No. 2
- Name: GEORGE CAMPBELL    CITY MGR,
- Job or Title (if known): c/o CITY HALL 405 MUNICIPAL DR,
- Street Address: KENNEDALE    TARRANT
- City and County: ~~KENNEDALE    TARRANT~~
- State and Zip Code: TX    76060
- Telephone Number: 817-985-2104
- E-mail Address (if known):

Defendant No. 3
- Name: LIZ CARRINGTON
- Job or Title (if known): COUNCILOR
- Street Address: 405 MUNICIPAL DR.
- City and County: KENNEDALE   TARRANT
- State and Zip Code: TX    76060
- Telephone Number: 817-985-2104
- E-mail Address (if known): LCARRINGTON@CITYOFKENNEDALE.COM

Defendant No. 4
- Name: KELLY TURNER
- Job or Title (if known): COUNCILOR
- Street Address: 405 MUNICIPAL DR.
- City and County: KENNEDALE    TARRANT
- State and Zip Code: TX    76060
- Telephone Number: 817-985-2104
- E-mail Address (if known): MKTURNER@CITYOFKENNDALE.COM

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. CONST. AMENDMENT 5TH & 14TH

DUE PROCESS    EQUAL PROTECTION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* ALLEN RAY, is a citizen of the State of *(name)* TEXAS.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* BRIAN JOHNSON, is a citizen of the State of *(name)* TEXAS. Or is a citizen of *(foreign nation)* I THINK SO.

Page 3 of 6

12/17/17

The Mayor, Brian Johnson, Kelly Turner(Councilor), Liz Carrington (Councilor who has missed 80% of City Meeting), George Campbell (City Manager, Kathy Moore (City Secretary) and the City Attorney (Wayne Olson) are conspiring to remove Sandra Lee (Councilor) by suppressing the will of the voter and not giving Sandra Lee adequate time to prepare a defense.

Sandra Lee along with the other Councilors (Joplin and Gilley) were elected to lower water rates, research the suspected business dealing of the city and to take the City out of the development business.

This signature sheet is saying that you do not want Sandra Lee removed and that an a emergency temporary injunction and restraining order should be issue by a Federal Judge on Monday 18th 2017.

| # | Name | Address | Cell Phone | email |
|---|------|---------|------------|-------|
| 1. | LINDA ELAM | 349 Kennedale Sublett | 817-715-1651 | |
| 2. | NINA PYLES | 5903 Kenn New Hope RD | 817 563-4848 | |
| 3. | YASMIN BATTLE | 1048 Estates Drive | (214) 334-3682 | |
| 4. | KENNETH PARKS | 709 Sunrise Dr | (404) 433-1725 | |
| 5. | DARTANIAN CHANDLER | 1088 Estates Dr. | 817-994-0541 | |
| 6. | Jose G. Estrada | 621 Averett St. | (817) 561-1085 | |
| 7. | Doug Rutter | 600 N Dick Price | 817 223-1670 | |
| 8. | Cliff Weaver | 904 Bell Oak Dr | 817-561-4578 | |
| 9. | Regina B. Orange | 904 Bell Oak Dr | 405-532-0398 | cliffagile@att.net |
| 10. | ALLEN KAY | 1025 Winding Creek | 817-271-0236 | bray1960ar@gmail.com |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

12/17/17

The Mayor ,Brian Johnson, Kelly Turner(Councilor), Liz Carrington (Councilor who has missed 80% of City Meeting), George Campbell (City Manager, Kathy Moore (City Secretary) and the City Attorney (Wayne Olson) are conspiring to remove Sandra Lee (Councilor) by suppressing the will of the voter and not giving Sandra Lee adequate time to prepare a defense.

Sandra Lee along with the other Councilors (Joplin and Gilley) were elected to lower water rates, research the suspected business dealing of the city and to take the City out of the development business.

This signature sheet is saying that you do not want Sandra Lee removed and that an a emergency temporary injunction and restraining order should be issue by a Federal Judge on Monday 18th 2017.

**Name**          **Address**                **Cell Phone**         ----------------email

1. Lovee Boyd  321 W 3ed St, Kennedale   817-475-0401
2. George O'Neal  121 W Mansfield Av.   817 312 1617
3. Sandra Childers  121 W. Mansfield Av.   817 880 3467
4. 
5. Sandra Hitt  126 W Mansfield Av   817-330-3116
6. Donna Brown  1066 Pine Meadow, Kennedale, TX 76060   817-709-8514
7. Bobby N Bowly  312 Mansfield Cardinal TX 76060   817-478-3520
8. [illegible] 312 Mansfield Cardinal Rd Ivor   [illegible]
9. Carla Wishtower 308 Mans. Cardinal   817-966-8075
10. Carlton L Hightower  308 Mansfield Cardinal Rd.   817-366-9091
11. Cheryl Greenway  705 Woodlea Ln   254-413-5527
12. Stephanie Tucker  0225 Village ST Kennedale   817 722 4049
13. Doug Polly   817 320 5005
14. Wally Lew   817-478-5842
15. Sheryl Degner  321 W Third rear   (254) 592-4495
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

12/17/17

The Mayor, Brian Johnson, Kelly Turner(Councilor), Liz Carrington (Councilor who has missed 80% of City Meeting), George Campbell (City Manager, Kathy Moore (City Secretary) and the City Attorney (Wayne Olson) are conspiring to remove Sandra Lee (Councilor) by suppressing the will of the voter and not giving Sandra Lee adequate time to prepare a defense.

Sandra Lee along with the other Councilors (Joplin and Gilley) were elected to lower water rates, research the suspected business dealing of the city and to take the City out of the development business.

This signature sheet is saying that you do not want Sandra Lee removed and that an a emergency temporary injunction and restraining order should be issue by a Federal Judge on Monday 18th 2017.

| # | Name | Address | Cell Phone | email |
|---|---|---|---|---|
| 1 | LARY ADKINS | 619 AVERETT | 817-521-5592 | Lary E. Adkins |
| 2 | MARSHA KNOX | 200 Hilltop Dr | 817-903-2556 | Marsha Knox |
| 3 | LAWRENCE KNOX | 200 Hilltop Dr | 682-367-6782 | Lawrence Knox |
| 4 | Phillip Moy | 349 Kennedale Sublett Rd | 817-??? | Phillip |
| 5 | Eric ??? Jr | 349 Kennedale Sublett Rd | 817-715-1204 | ???@msn.com |
| 6 | Austen Elam | 349 Kennedale Sublett Rd | 682-556-7305 | austen.elam@gmail.com |
| 7 | Kevin Lee | 624 ??? Dr | (216)272-8842 | kevin.lee@nordson.com |
| 8 | Thomas Washington | 1008 Estates Dr | 7143564483 | ??? |
| 9 | Jenita Washington | 1008 Estates Dr | 972-743-9047 | jenitacollier@yahoo |
| 10 | Kenneth Johnson | 1056 Estates Dr | 682-555-3049 | KENNY1200@ATT.NET |
| 11 | GERALD BATTLE | 1048 ESTATES DR | 214 497 955 | ??? |
| 12 | Perry Clementi | 103 Creekside Ct | 817 881 5341 | ??? |
| 13 | Lixin Arnold | 1088 Estates Dr. | 817-994-9785 | ??? |
| 14 | Catherine Brown | 808 Shady Bend Dr. | 817-683-3719 | C Brown |
| 15 | Furmast Mcdaniel | 226 S. Dick Price Rd | | |
| 16 | ??? | 1256 Elmwood Dr | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

The Mayor, Brian Johnson, Kelly Turner(Councilor), Liz Carrington (Councilor who has missed 80% of City Meeting), George Campbell (City Manager, Kathy Moore (City Secretary) and the City Attorney (Wayne Olson) are conspiring to remove Sandra Lee (Councilor) by suppressing the will of the voter and not giving Sandra Lee adequate time to prepare a defense.

Sandra Lee along with the other Councilors (Joplin and Gilley) were elected to lower water rates, research the suspected business dealing of the city and to take the City out of the development business.

This signature sheet is saying that you do not want Sandra Lee removed and that an a emergency temporary injunction and restraining order should be issue by a Federal Judge on Monday 18th 2017.

**Name**     **Address**     **Cell Phone**     ---------------email

1. FRED Chesney 304 Hilltop Dr Kennedale Tx 76060 817-713-0182
2. DALE RICHEY 302 Hilltop Dr Kennedale TX 76060 817-343-2140
3. Dwaine Wood 310 Hilltop Dr Kennedale Tx 76060 817-572-2747
4. Mary Wood 310 Hilltop Dr Kennedale Tx 76060 817-572-2747
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
MAYOR BRIAN JOHNSON & COUNCILOR KELLY TURNER & CITY MANAGER GEORGE CAMPBELL ALONG WITH WAYNE OLSEN (CITY ATTORNEY) ARE CONSPIRING TO UN CONSTITUTIONALLY REMOVE OUR DULY ELECTED COUNCILOR SANDRA LEE THIS EVENING (DEC. 18th)

B.  What date and approximate time did the events giving rise to your claim(s) occur?
SEE ATTACHED SHEET

Mayor, Brian Johnson, Councilor Kelly Turner, Councilor Liz Carrington, City Manager George Campbell, City Secretary Kathy Moore, and City Attorney Wayne Olson are conspiring to unconstitutionally remove our duly elected councilor Sandra Lee.

We elected Councilors Lee, Joplin, and Gilley to the City Council in May 2017, because the sitting City Councilors Turner, Carrington, Charles Overstreet, Mike Walker, Mayor Johnson, Former City Manager Bob Hart, and City Secretary Kathy Moore and City Attorney Wayne Olson, had incurred over $18 million in debt by issuing bonds not approved by the voting public, which we believed was used for purposes counter to the best interest of the residents of the City. Our water rates had been significantly increased without explanation.  We strongly suspected the revenue generated from those significantly increased in water rates was being used to promote a corrupt agenda

We asked the newly elected Councilors Lee, Joplin, and Gilley Council to investigate this and other suspected wrongdoings by former and current city officials, and to correct such wrongdoings, and to develop a transparent agenda designed for the best interest of the residents of the City, and no other.

City Charter 3.06(b) states:

> **Section 3.06 Vacancies and Forfeiture of Office**
> (b) *Forfeiture of Office.* A Council member shall forfeit office if the member:
> (1) Lacks at any time during the term of office any qualification for the office prescribed
> by law or by this Charter;
> (2) Violates any express prohibition of this Charter;
> (3) Is convicted of a felony or any offense involving moral turpitude while in office; or
> (4) Fails to attend three (3) consecutive scheduled meetings without valid excuse, or fails
> to maintain an eighty (80) percent attendance record, excluding excused absences, for each elected year (including all scheduled budget and special meetings).
> (c) *Declaration.* Upon finding the occurrence of a condition of forfeiture, the Council must
> declare a vacancy at its next regular meeting and shall fill the vacancy as set forth in this
> Charter.
> (d) *Qualifications.* The Council shall be the judge of the qualifications of its members and

> for these purposes shall have the power to subpoena witnesses and require the production of
> records, but the decision of the Council in any case shall be subject to review by the courts.
> (Ord. No. 590, § 1 (Exh. A), 2-15-16; Election 5-7-16)

On November 15 2017, Councilor Joplin asked City Manager Campbell for an attendance roster. The roster provided to Joplin reflected that Councilor Carrington had failed to maintain an eighty percent attendance record.

Accordingly, forfeiture of Councilor Carrington's council seat was added to the agenda for the December 18, 2017 council meeting.

Per the city charter, the council seat vacated by Carrington's forfeiture would then be filled by a majority vote of the remaining City council members, Lee, Joplin, Gilley and Turner.

On Friday December 15, 2017 at approximately 4:30 p.m. the agenda for the city council meeting for December 18, 2017 was published. Just added to the agenda was

XII. Decision Items

C. Determination of violation of 'Expressed' (should be Express) Prohibition of City Charter/Forfeiture of Office for Councilmember Sandra Lee, pursuant to section 3.06 of the City Charter.

The Express Prohibition referenced is delineated under section 3.05 of the City Charter which states:

> **Section 3.05 Prohibitions**
> (a) *Holding Other Office.* Except where authorized by law, no member of the City Council
> shall hold any other City office or employment with the City, excluding boards, committees
> and commissions, during the term for which the Council member was elected to the City
>
> Council. No former member of the City Council shall hold any compensated appointed City
> office or employment with the City for a period of two years after the expiration of the term
> of office.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE PRECEEDING SHEETS

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WE SEEK A EMERGENCY TEMPORARY INJUNCTION TO STOP THE MAYOR, CITY COUNCILMAN, & CITY MANAGER FOR REMOVING SANDRA LEE & GIVE HER TIME TO PREPARE TO DEFEND HERSELF

THE SCHEDULED REMOVAL FROM OFFICE IS 5:30 CST PM 12/18/2017

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/18/17

Signature of Plaintiff: *Allen Ray*   *Lary E Adkins*   & OTHERS
Printed Name of Plaintiff: ALLEN RAY   LARY ADKINS

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
 
**DEFENDANTS**

DEC 1 8 2017

(b) County of Residence of First Listed Plaintiff  **TARRANT**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **TARRANT**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*  **NONE**
**4-17 CV 1006 - Y**

Attorneys *(If Known)*  **WAYNE OLLESON**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question  *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**WE ARE TRYING TO FILE A EMERGENCY TEMPORARY INJUNCTION**

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☒ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**WRONGFUL REMOVAL OF A CITY COUNCIL PERSON**

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:  **WE NEED A TEMPORARY EMERGENCY INJUNCTION w/o NOTICE**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD  *Lary E. Adkins*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____