IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALLEN RAY, ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-CV-1006-Y |
| | § | |
| BRIAN JOHNSON, ET AL | § | |

ORDER OF DENYING MOTION FOR TEMPORARY INJUNCTION

Before the Court is the Plaintiffs' Complaint and Request for Injunction (doc. 1). After review, the Court concludes that the motion for an emergency temporary restraining order should be denied.

During the morning of December 18, 2017, Plaintiffs filed with this Court a complaint requesting an emergency temporary restraining order ("TRO") to enjoin officials of the city of Kennedale, Texas, from having a meeting at 5:30 p.m. of the same day to decide whether to remove from office councilmember Sandra Lee. This TRO is the only relief sought in the complaint.

To establish a basis for jurisdiction within this Court, Plaintiffs make only a vague reference to "Due Process" and "Equal Protection" under the Fifth and Fourteenth Amendments asserting that there is somehow a federal question. The Court strains to find a federal question and also fails to see how Plaintiffs, who have identified themselves merely as voters, could possibly have standing. Further, Plaintiffs have provided nothing more than conclusory

allegation of corruption as a rationale to support the temporary restraining order.

The motion is DENIED.

SIGNED December 19, 2017.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/sbt