IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ALLEN RAY, LARY ADKINS, et al )
~~Plaintiff~~(s) )
)
v. )
)
BRIAN JOHNSON, et al )
)
~~Defendant~~(s) )
)
)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No. 4:17:CV-1006-Y:

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Allen Ray and Larry Adkins on behalf of all plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all named defendants.

Date: January 8, 2018

Larry E. Adkins
619 AVERETT
KENNEDALE, TX 76060
817-521-5592

_____
Signature of plaintiff (Allen Ray)

1025 WINDING CREEK DR
Address

KENNEDALE TX 76060
City, State & Zip Code

817-271-0236
Telephone Number