IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALLEN RAY, ET AL. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:17-CV-1006-Y |
| § | |
| BRIAN JOHNSON, ET AL § | |

**FINAL JUDGMENT**

In accordance with Plaintiffs' notice of voluntary dismissal (doc. 14) filed on January 8, 2018, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties or, if there is no agreement, by the party incurring them.

SIGNED January 10, 2018.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/sbt